**FILED**

SEP 22 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>        Plaintiffs,            )<br>                                )<br>    vs.                         )<br>                                )<br> AMRITPAL P. SINGH              )<br>            Defendant.          )<br> _____) | No. CR-F-04-5356-AWI<br><br>ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X) The property bond posted is exonerated and reconveyed:

Deed 2005003130   Receipt 101 6566

DATED:  9-22-08

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1