**FILED**

SEP 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiffs,          )      No. CR-F-04-5356-AWI
                               )
     vs.                       )      ORDER EXONERATING BOND
                               )
AMRITPAL P. SINGH              )
               Defendant.      )
_____)

     The case against the above-named defendant having been
concluded, and if required the defendant has surrendered as
ordered by the court, the following is ordered:

(X )  The property bond posted is exonerated and reconveyed:

     Deed 2005003130   Receipt 101 6566


     DATED:  ___9-22-08___


                         _____
                         ANTHONY W. ISHII
                         U.S. District Judge


9/26/96 exonbnd.frm

1