ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
AMRITPAL P. SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | ORDER FOR RETURN OF PASSPORT |
| vs. | |
| AMRITPAL P. SINGH, | |
| Defendant. | |

The above-named defendant having been sentenced and the legal proceedings having been completed on June 1, 2009;

IT IS HEREBY ORDERED that the Passport posted in this matter on December 7, 2004 (Docket No. 26) be returned to defendant AMRITPAL P. SINGH's

attorney of record, Anthony P. Capozzi of the Law Offices of Anthony P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, California 93711.

Passport No.:   A200134

Receipt No.: 100 200696

ORDER

IT IS SO ORDERED.

**Dated:   June 17, 2009**                                                     /s/ Anthony W. Ishii

CHIEF UNITED STATES DISTRICT JUDGE